# ORANGE COUNTY,

## MARCH TERM, 1853.

---

DANIEL TARBEL, JR. *v.* THE WHITE RIVER BANK, AND OTHERS.

### *Practice.*

The rule of trial, on an appeal from the decree of the chancellor, dissolving an injunction, is the same as in other appeals, and the parties must be confined to the evidence used before the chancellor.

The party making the motion, is to go forward in the argument.

THIS was an appeal from the decree of the chancellor, dissolving an injunction. The parties had filed additional testimony, by way of affidavits, in this court. A question was made whether it could be read.

BY THE COURT. The rule of trial on this class of appeals, from chancery, must be the same as it is in other appeals. The parties must be confined to the evidence used before the chancellor. All that was read before the chancellor will be read here, and all exceptions to the competency of the evidence, which was taken and noted in due time, will be heard, if desired, in the final argument in this court.

A question being made, as to which party went forward in the argument, the court said it was the party *moving* in the court of chancery; upon the question of dissolving an injunction, it is the party making the motion.